GEORGE F. BECK, Respondent, v. MARION C. SHELDON, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur, except Crouch and Crosby, JJ., who dissent and vote for reversal on the law and for

dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.